### LESSEE OF WHITE et al. v. WHITE et al.

Supreme Court. Kent. March, 1794.

*Bayard's Notebook, 57.*[*]

READ, C. J., CLAYTON, J.

*Sed,* PER CURIAM. A guardian appointed by the Orphans' Court may prosecute a suit without a special admission. The guardian, though not of record, must be taken to support the suit and can seldom be free from an interest in the event.

Witness rejected.

*Read, Fisher,* and *Miller* for plaintiff. *Ridgely* and *Bayard* for defendants.